PAULINE BORNSTEIN, as Administratrix of the Estate of BRUCHA F. GOLDMAN, Deceased, Respondent, *v.* BENI FADEN et al., Appellants.

*Bornstein* v. *Faden*, 149 App. Div. 37, affirmed.
(Argued April 22, 1913; decided May 6, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 2, 1912, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the defendants' negligence in failing to keep the hallway of a tenement house lighted.

*Walter G. Evans* for appellants.

*Louis B. Boudin* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts ; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.